# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Kirt Sainila Filoialii<br><br><br><br>*Defendant(s)* | )<br>)<br>)    Case No.<br>)            3:21-mj-00245-MMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  04/22/2021  in the county of _____ in the United States District of Alaska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Fireman |
| 21 U.S.C. § 841(a)(1) | Possession of Controlled Substances with Intent to Distribute |

This criminal complaint is based on these facts:

Please see attached affidavit by FBI TFO agent Alan Skaggs, incorporated by reference herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Alan Skaggs, SA FBI
*Printed name and title*

Sworn to telephonically and signed digitally.

Date: April 22, 2021

*Judge*

City and state:   Anchorage, Alaska      Hon. Matthew M. Scoble, Magistrate Judge
*Printed name and title*